%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of TENNESSEE

JASON ANDREW JOHNSON and TENNESSEE
CENTER FOR POLICY RESEARCH

**SUMMONS IN A CIVIL ACTION**

V.

PHIL BREDESEN, ET AL.

CASE NUMBER: 3 07 0372

**JUDGE ECHOLS**

TO: (Name and address of Defendant)

Dale H. Tuttle, Chairman
Tennessee Judicial Selection Commission
26 North Second Street Building
Memphis, Tennessee 38103

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert L. DeLaney
323 Union Street, Fourth Floor
Nashville, TN 37201

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

CLERK

(By) DEPUTY CLERK

DATE APR - 6 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

JASON ANDREW JOHNSON and TENNESSEE
CENTER FOR POLICY RESEARCH

V.

PHIL BREDESEN, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3 07 0372

JUDGE ECHOLS

TO: (Name and address of Defendant)

Robert E. Cooper
Tennessee State Attorney General
425 Fifth Avenue, North
P. O. Box 20207
Nashville, TN 37202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert L. DeLaney
323 Union Street, Fourth Floor
Nashville, TN 37201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

CLERK _RM_

(By) DEPUTY CLERK

DATE  APR - 6 2007

AO 440 (Rev. 1/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

JASON ANDREW JOHNSON and TENNESSEE
CENTER FOR POLICY RESEARCH

**SUMMONS IN A CIVIL ACTION**

V.

PHIL BREDESEN, ET AL

CASE NUMBER: 3 07 0372

**JUDGE ECHOLS**

TO: (Name and address of Defendant)

William M. Barker, Chief Justice of the Tennessee Supreme Court
c/o Tennessee State Attorney General
425 Fifth Avenue, North
P. O. Box 20207
Nashville, TN 37202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert L. DeLaney
323 Union Street, Fourth Floor
Nashville TN 37201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

DATE APR - 6 2007

CLERK _[signature: RM]_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____TENNESSEE_____

JASON ANDREW JOHNSON and TENNESSEE
CENTER FOR POLICY RESEARCH

V

PHIL BREDESEN, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3 07 0372

**JUDGE ECHOLS**

TO: (Name and address of Defendant)

Janice M Holder, Associate Justice of the Tennessee Supreme Court
c/o Tennessee State Attorney General
425 Fifth Avenue, North
P O. Box 20207
Nashville, TN 37202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert L. DeLaney
323 Union Street, Fourth Floor
Nashville, TN 37201

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service

KEITH THROCKMORTON

CLERK

RM

(By) DEPUTY CLERK

APR - 6 2007

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | TENNESSEE |

JASON ANDREW JOHNSON and TENNESSEE
CENTER FOR POLICY RESEARCH

**SUMMONS IN A CIVIL ACTION**

V

PHIL BREDESEN, ET AL

CASE NUMBER: 3 07 0372

**JUDGE ECHOLS**

TO: (Name and address of Defendant)

Gary R. Wade, Associate Justice of the Tennessee Supreme Court
c/o Tennessee State Attorney General
425 Fifth Avenue, North
P. O. Box 20207
Nashville, TN 37202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert L. DeLaney
323 Union Street, Fourth Floor
Nashville, TN 37201

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH THROCKMORTON**
CLERK

(By) DEPUTY CLERK

APR - 6 2007
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE      District of      TENNESSEE

JASON ANDREW JOHNSON and TENNESSEE
CENTER FOR POLICY RESEARCH

**SUMMONS IN A CIVIL ACTION**

V

PHIL BREDESEN, ET AL.

CASE NUMBER: 3 07 0372

**JUDGE ECHOLS**

TO: (Name and address of Defendant)

Cornelia A. Clark, Associate Justice of the Tennessee Supreme Court
c/o Tennessee State Attorney General
425 Fifth Avenue, North
P O Box 20207
Nashville, TN 37202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert L. DeLaney
323 Union Street, Fourth Floor
Nashville, TN 37201

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON      APR - 6 2007

CLERK      DATE

(By) DEPUTY CLERK

AO 440 (Rev 3/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

JASON ANDREW JOHNSON and TENNESSEE
CENTER FOR POLICY RESEARCH

V

PHIL BREDESEN, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3 07 0372

**JUDGE ECHOLS**

TO: (Name and address of Defendant)

Governor Phil Bredesen
c/o Tennessee State Attorney General
425 Fifth Avenue, North
P. O. Box 20207
Nashville, TN 37202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert L. DeLaney
323 Union Street, Fourth Floor
Nashville, TN 37201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

CLERK

(By) DEPUTY CLERK

DATE APR - 6 2007