UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JASON ANDREW JOHNSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 3:07-0372 |
| ) | JUDGE ECHOLS |
| PHIL BREDESEN, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the Memorandum entered contemporaneously herewith, Plaintiffs' Motion for Preliminary Injunction (Docket Entry No. 11) is hereby DENIED.

This case is hereby returned to the Magistrate Judge for case management under Local Rule 16.01.[1]

IT IS SO ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

---

[1] The Initial Case Management Conference is presently scheduled for Monday, June 4, 2007, at 10:00 a.m. before Magistrate Judge Brown. (Docket Entry No. 4).