UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JASON ANDREW JOHNSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| PHIL BREDESEN, et al., ) | |
| ) | |
| Defendants. ) | |
| ********************************** ) | Case No. 3:07-0372 |
| JOHN JAY HOOKER, on behalf of ) | (Consolidated with 3:07-0373) |
| himself and others similarly situated, ) | Judge Echols |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| PHIL BREDESEN, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, the Court hereby enters the following rulings:

(1) The Report and Recommendation (Docket Entry No. 45) is hereby ACCEPTED and APPROVED;

(2) Defendants' Motion to Dismiss (Docket Entry No. 17) is hereby GRANTED;

(3) Plaintiff Jason Andrew Johnson's Motion for Summary Judgment (Docket Entry No. 28) is hereby DENIED AS MOOT;

(4) Plaintiff John Jay Hooker's Objections to Magistrate Judge's Report and Recommendation (Docket Entry No. 56) are hereby OVERRULED;

1

(5) Plaintiff Jason Andrew Johnson's Objection to Report and Recommendation of Magistrate Judge (Docket Entry No. 59) is hereby OVERRULED;

(6) Plaintiff John Jay Hooker's Motion for Permission to File a Reply (Docket Entry No. 64) is hereby GRANTED;

(7) Plaintiff John Jay Hooker's Amended Motion for Permission to File a Reply and Request for Oral Argument (Docket Entry No. 65) is hereby GRANTED IN PART and DENIED IN PART. The request to file an Amended Reply is GRANTED. The Request for Oral Argument is DENIED;

(8) This case is hereby DISMISSED WITH PREJUDICE.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE